UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDAMERICA, INC., a Delaware corporation, | Case No. C 09-03567 JSW |
| Plaintiff,<br>vs.<br>MEDAMERICA ASSOCIATION, a Michigan corporation; and DOES 1 through 10, inclusive,<br>Defendants. | **ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Having reviewed Plaintiff MEDAMERICA, INC.'S Application to Continue Case Management Conference and good cause appearing therefore, the Court finds and orders as follows:

IT IS HEREBY ORDERED that the Court shall continue the Case Management Conference hearing date from December 4, 2009 at 1:30 p.m. to February 5, 2010 at 1:30 p.m.

IT IS SO ORDERED.

Dated: November 13, 2009

*Jeffrey S. White*
JEFFREY S. WHITE
JUDGE OF THE SUPERIOR COURT

{AR0624.DOC:}

- 1 -

Case No. C 09-03567 JSW

ORDER