IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDAMERICA, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MEDAMERICA ASSOCIATION and DOES 1-10, inclusive,<br><br>　　　　Defendants. | No. C 09-03567 JSW<br><br>**ORDER REFERRING MOTION FOR DEFAULT JUDGMENT TO MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION** |

　　　　On December 18, 2009, Plaintiff filed a motion for default judgment against MedAmerica Association and noticed it for hearing on February 5, 2010. Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS the motion to a randomly assigned Magistrate Judge to prepare a report and recommendation on the motion. The hearing date set for February 5, 2010 is HEREBY VACATED. If you do not hear from the Court regarding an assignment to a Magistrate Judge within 14 days, please contact this Court's Courtroom Deputy, Jennifer Ottolini at (415) 522-4173.

　　**IT IS SO ORDERED.**

Dated: December 21, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE