1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CIRCUIT, McKELLOGG, KINNEY & ROSS, LLP

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDAMERICA, INC., a Delaware corporation,

Plaintiff,

vs.

MEDAMERICA ASSOCIATION, a Michigan corporation; and DOES 1 through 10, inclusive,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Case No.  C 09-03567 JSW (EDL)**

**ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

Having reviewed Plaintiff MEDAMERICA, INC.'S Application to Continue Case Management Conference and good cause appearing therefore, the Court finds and orders as follows:

IT IS HEREBY ORDERED that the Court shall continue the Case Management Conference hearing date from February 5, 2010 at 1:30 p.m. to   April 30              , 2010.

IT IS SO ORDERED.

Dated:    January 19, 2010

JEFFREY S. WHITE
JUDGE OF THE UNITED STATES DISTRICT COURT