CIRCUIT, MCKELLOGG, KINNEY & ROSS, LLP

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDAMERICA, INC., a Delaware corporation,<br><br>Plaintiff,<br>vs.<br>MEDAMERICA ASSOCIATION, a Michigan corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 09-03567 JSW (EDL)<br><br>**ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Having reviewed Plaintiff MEDAMERICA, INC.'S Application to Continue Case Management Conference and good cause appearing therefore, the Court finds and orders as follows:

IT IS HEREBY ORDERED that the Court shall continue the Case Management Conference hearing date from February 5, 2010 at 1:30 p.m. to __April 30__, 2010.

IT IS SO ORDERED.

Dated: __January 19, 2010__

*[signature: Jeffrey S. White]*
JEFFREY S. WHITE
JUDGE OF THE UNITED STATES DISTRICT COURT

{AR0624.DOC:}

- 1 -      Case No. C 09-03567 JSW (EDL)

ORDER