IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDAMERICA, INC.,

    Plaintiff,

v.

MEDAMERICA ASSOCIATION,

    Defendants.

No. 09-03567 JSW EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On January 26, 2010, Plaintiff's counsel filed a request to appear telephonically at the hearing on Plaintiff's Motion for Default Judgment set for February 9, 2010 at 9:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court. No later than two Court days prior, the parties shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: January 27, 2010

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge